UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVID OWVOR, | ) | 2004 JAN 21 P 3: 47 |
| Petitioner | ) | |
| | ) | Civil Action No. |
| v. | ) | 03cv12445-GAO |
| | ) | |
| INS DISTRICT DIRECTOR, ET AL. | ) | |
| | ) | |
| Respondent | ) | |

MOTION TO DISMISS

The respondent[1] moves to dismiss this action pursuant to
Fed. R. Civ. P. rule 12(b)(1) for lack of subject matter
jurisdiction.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The Immigration and Naturalization Service of the United States
Department of Justice was "abolished" by section 471 of the
Homeland Security Act of 2002, Pub. L. 107-296, tit. IV, subtits.
D, E, F, 116 Stat. 2135, 2192 (Nov. 25, 2002) ("HSA"). Most of
the interior enforcement functions of the former INS were
transferred to the Department of Homeland Security ("DHS"),
Directorate of Border and Transportation Security, Bureau of
Immigration and Customs Enforcement.  These changes were
effective March 1, 2003.  The responsive successor official of
the Department of Homeland Security in the instant action is
Interim Field Office Director Bruce Chadbourne for the Bureau of
Immigration and Customs Enforcement in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on January 21, 2004.

_____

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114