UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVID OWOUR
            Plaintiff(s)

v.                                                      CIVIL ACTION NO. 03-12445-GAO

FARQUHARSON
            Defendant(s)

**JUDGMENT IN A CIVIL CASE**

        O'TOOLE        , D.J.

**G**  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

        Pursuant to the court's electronic order, dated, 2/25/04, defendant's motion to dismiss (#3) is GRANTED, no opposition having been received, for the reasons set forth in the respondent's memorandum.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated:  2/26/04                         By  Paul S. Lyness
                                              Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVID OWOUR
       Plaintiff(s)

v.                               CIVIL ACTION NO. 03-12445-GAO

FARQUHARSON
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

   O'TOOLE   , D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's electronic order, dated, 2/25/04, defendant's motion to dismiss (#3) is GRANTED, no opposition having been received, for the reasons set forth in the respondent's memorandum.

TONY ANASTAS,
CLERK OF COURT

Dated: 2/26/04                          By   Paul S. Lyness
                                                                   Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                      [jgm.]

Case 1:03-cv-12445-GAO     Document 5     Filed 02/26/2004     Page 3 of 4

(Judgment Civil.wpd - 11/98) [jgm.]

Case 1:03-cv-12445-GAO  Document 5  Filed 02/26/2004  Page 4 of 4